IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **JHOAN SEBASTIAN POVEDA MARTINEZ,** § <br> **Institutional ID No. 245375577** § <br> § <br> Petitioner, § <br> § <br> VS. § <br> § <br> **MERRICK GARLAND,** *et al.*, § <br> § <br> Respondents. § | | Civil Action No. 4:25-cv-1445-O |

## NOTICE OF DEFICIENCY AND ORDER

Petitioner Jhoan Sebastian Poveda Martinez, an alien detainee proceeding pro se, filed a pleading seeking relief under 28 U.S.C. § 2241. *See* Pet., ECF No. 1. Because Martinez has not paid the $5 filing fee or filed an application to proceed *in forma pauperis* (IFP), this action shall not proceed further. *See* 28 U.S.C. §§ 1914, 1915. In addition, Martinez did not file his petition on the required form. *See* N.D. Tex. Misc. Order No. 13.

If Martinez intends to proceed with this action, he must, **within 30 days**, (1) either pay the $5 filing fee or file an IFP application, accompanied by a certified copy of his inmate trust fund account statement;[1] and (2) file an amended petition on the form provided by the Court. If Martinez does not fully and timely comply with this order, the Court **will** dismiss this action without prejudice failure to prosecute, without further notice. *See* FED. R. CIV. P. 41(b).

---

[1] A prisoner seeking to bring a civil action without prepayment of filing fees must submit a certified copy of his trust fund account statement (or an institutional equivalent) for the six-month period immediately preceding the filing of the complaint. *See* 28 U.S.C. § 1915(a)(2). The trust fund account statement must be certified by and obtained from the appropriate official of the institution where the prisoner is confined. *Id.*

The Court **DIRECTS** the clerk of Court to mail Martinez the following forms with this order: (1) Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (marked "Amended" and with this case number); (2) IFP application; and (3) certificate of inmate trust account.

**SO ORDERED** this **5th day** of **January, 2026.**

_____
Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**