PETITION FOR WRIT OF HABEAS CORPUS: 28 USC §2241 (Rev. 10/10)
ADOPTED BY THE U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS

Case 4:25-cv-01445-O   Document 4-1   Filed 01/05/26   Page 1 of 9   PageID 26

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF TEXAS

AMENDED
PETITION FOR WRIT OF HABEAS CORPUS
UNDER 28 U.S.C. § 2241

_____  _____
PETITIONER                            CURRENT PLACE OF CONFINEMENT
(Full name of Petitioner)


vs.                                   _____
                                      PRISONER ID NUMBER


                                      4:25-cv-1445-O
_____  _____
RESPONDENT                            CASE NUMBER
(Name of TDCJ Director, Warden, Jailor, or    (Supplied by the District Court Clerk)
authorized person having custody of Petitioner)
_____

## INSTRUCTIONS - READ CAREFULLY

1.   The petition must be legibly handwritten or typewritten, and signed and dated by the Petitioner, under penalty of perjury. Any false statement of an important fact may lead to prosecution for perjury. Answer all questions in the proper space on the form.

2.   Additional pages are not allowed except that ONE separate additional page is permitted in answering question 10.

3.   Receipt of the $5.00 filing fee or a grant of permission to proceed *in forma pauperis* must occur before the court will consider your petition.

4.   If you do not have the necessary filing fee, you may ask permission to proceed *in forma pauperis*. To proceed *in forma pauperis*, (1) you must sign the declaration provided with this petition to show

that you cannot prepay the fees and costs, <u>and</u> (2) if you are confined in TDCJ-CID, you must send in a certified *In Forma Pauperis* Data Sheet form from the institution in which you are confined. If you are in an institution other than TDCJ-CID, you must send in a certificate completed by an authorized officer at your institution certifying the amount of money you have on deposit at that institution. If you have access or have had access to enough funds to pay the filing fee, then you must pay the filing fee.

5. Only one sentence, conviction, disciplinary proceeding, or parole matter may be challenged in a single petition. If you challenge more than one, you must do so by separate petition(s).

6. Mail the completed petition and one copy to the U. S. District Clerk. The "Venue List" in your unit law library lists all of the federal courts in Texas, their divisions, and the addresses for the clerk's offices.

7. It is your responsibility to immediately notify the court in writing of any change of address. Failure to notify the court of your change of address could result in the dismissal of your case.

---

## **PETITION**

**PLEASE COMPLETE THE FOLLOWING:** (check the appropriate number)

This petition concerns:
1. __  __  pretrial detention;
2. __  __  a conviction;
3. __  __  a sentence;
4. __  __  jail or prison conditions;
5. __  __  a prison disciplinary proceeding;
6. __  __  parole or mandatory supervision;
7. __  __  time credits;
8. __  __  other (specify): _____

**Have you pursued to completion all relevant state and/or prison administrative remedies relevant to your complaint(s) before filing this petition.   Yes     No   If yes, what was the date of the result and the result of any such proceeding. If no, explain why you have not pursued all such remedies.** _____

_____

_____

_____

_____

1. Place of detention:_____

   _____

2. State the offense with which you have been charged and whether you have been convicted of the charged offense(s) or whether you are still awaiting trial: _____

   _____

3. Name and location of court in which your case is pending or in which you were convicted:
   _____

   _____

4. The criminal docket or case number and the offense(s) for which you have been charged or convicted: _____

   _____

5. If you have been convicted of the charged offense(s), the date upon which sentence was imposed and the length of the sentence: _____

   _____

6. Check whether a finding of guilty was made:

   a. after a plea of guilty                _   _

   b. after a plea of not guilty            _   _

   c. after a plea of nolo contendere       _   _

7. If you were found guilty, check whether that finding was made by:

   a. a jury                                _   _

   b. a judge without a jury                _   _

8. Did you appeal from the judgment of conviction or the imposition of sentence?

   Yes         No

3

9. If you did appeal, give the following information for each appeal:

    a. (1) Name of court and docket or case number:

        _____

        _____

    (2) Result and date of result:_____

    (3) Grounds raised (list each):

        (a) _____

        _____

        (b) _____

        _____

        (c) _____

        _____

        (d) _____

        _____

    b. (1) Name of court and docket or case number:

        _____

        _____

    (2) Result and date of result:_____

    (3) Grounds raised (list each):

        (a) _____

        _____

        (b) _____

        _____

        (c) _____

        _____

(d)_____

_____

10. State concisely every ground on which you claim that you are held unlawfully. Summarize briefly the facts supporting each ground. If necessary, attach a single page only behind page 6.

**CAUTION: If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date. You must state facts, not conclusions, in support of your grounds. Do not argue or cite law. Just state the specific facts that support your claim. Legal arguments and citation to cases or law should be presented in a separate memorandum.**

a. **GROUND ONE**:
_____
_____
_____

Supporting facts:_____
_____
_____
_____
_____
_____

b. **GROUND TWO**:
_____
_____

Supporting facts:_____
_____
_____
_____

_____

_____

_____

c. **GROUND THREE**:_____

_____

_____

Supporting facts: _____

_____

_____

_____

_____

_____

d. **GROUND FOUR:**_____

_____

_____

Supporting facts: _____

_____

_____

_____

_____

11. Relief sought in this petition:_____

    _____

    _____

12. Have you filed a previous application or petition for habeas corpus or any other application, petition or motion with respect to the grounds raised in this petition?

                    Yes        No

13. If your answer to Question No. 12 is yes, give the following information as to each previous application, petition, or motion:

        a. (1) Name of court and docket or case number:_____

              _____

          (2) Result and date of result:_____

          (3) Grounds raised (list each):

              (a) _____

              _____

              (b)_____

              _____

              (c)_____

              _____

              (d)_____

              _____

        b. (1) Name of court and docket or case number:_____

              _____

          (2) Result and date of result:_____

          (3) Grounds raised (list each):

              (a) _____

              _____

(b) _____

_____

(c) _____

_____

(d) _____

_____

14. If applicable, state whether you have filed a motion under 28 U.S.C. § 2255, and if you filed such a motion and it was denied, state why your remedy by way of such motion is inadequate or ineffective to test the legality of your detention.

_____

_____

_____

_____

_____

15. Are you presently represented by counsel?       Yes       No
    If so, name, address and telephone number of attorney:_____

    _____

16. If you are seeking leave to proceed *in forma pauperis*, have you completed an application setting forth required information?       Yes       No

Wherefore, Petitioner prays that the Court grant him the relief to which he may be entitled.

_____
Signature of Attorney (if any)

_____

_____

_____

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for a Writ of Habeas Corpus was placed in the prison mailing system on _____ (month, day, year).

Executed (signed) on _____ (date).

_____
Signature of Petitioner (<u>required</u>)

Petitioner's <u>current</u> address:

_____

_____

_____

_____