IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **JHOAN SEBASTIAN POVEDA MARTINZEZ,** §<br>A-No. 245375577 §<br> §<br>  Petitioner, §<br> §<br>VS. §<br> §<br>**MERRICK GARLAND,** *et al.*, §<br> §<br>  Respondents. § | § § § § § § § § § § § § § | Civil Action No. 4:25-cv-1445-O |

## ORDER

In this 28 U.S.C. § 2241 habeas petition, Petitioner challenges the legality of his immigration detention at the Prairieland Detention Center. *See* Pet., ECF No. 1. Proceeding pro se, Petitioner seeks immediate release and a prompt bond hearing. On January 5, 2026, the Court ordered Petitioner to either pay the required $5 filing fee or file an application to proceed *in forma pauperis* within 30 days (by February 9). *See* Order, ECF No. 4. The Court provided Petitioner the forms necessary to comply and warned him that failure to do so would result in dismissal of this action without prejudice for failure to prosecute, without further notice. *Id.*

The deadline for Petitioner to comply with the Court's order expired. To date, he has not complied or sought an extension of time to do so. Petitioner's failure to cure his outstanding filing deficiency suggests that he does not want to proceed with this action. Under these circumstances, the Court concludes that dismissal of this action is warranted.

Petitioner's petition is therefore **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.[1] *See* Fed. R. Civ. P. 41(b).

**SO ORDERED** this **13th day** of **February, 2026.**

Reed O'Connor
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Additionally, it appears that Petitioner's claims are likely moot. After conducting a search on the U.S. Immigration and Customs Enforcement (ICE)'s online detainee locator system, the Court takes judicial notice of the fact that, as of today, Petitioner is no longer in ICE custody. *See* https://locator.ice.gov/odls/#/search (last visited Feb. 13, 2026); *see also Chay v. Holder*, 470 F. App'x 406, 407 (5th Cir. 2012) (citations omitted).