**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **JHOAN SEBASTIAN POVEDA MARTINZEZ,** | § | |
| A-No. 245375577 | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **VS.** | § | **Civil Action No. 4:25-cv-1445-O** |
| | § | |
| **MERRICK GARLAND,** *et al.*, | § | |
| | § | |
| **Respondents.** | § | |

**FINAL JUDGMENT**

In accordance with the Court's order of dismissal entered this day, it is the final judgment of the Court that Petitioner's petition for a writ of habeas corpus under 28 U.S.C. § 2241 is DISMISSED.

**SO ORDERED** this **13th day** of **February, 2026.**

Reed O'Connor

**CHIEF UNITED STATES DISTRICT JUDGE**